IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TOCCOA LTD. § | |
| § | |
| v. § | |
| § | |
| NORTH AMERICAN ROOFING SERVICES, § | |
| LLC AND AMERICAN ZURICH § | CIVIL ACTION NO. 1:21-CV-00313 |
| INSURANCE COMPANY § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| v. § | |
| § | |
| DAREV CONTRACTING SERVICES, LLC § | |

**ORDER GRANTING DEFENDANT/CROSS-CLAIMANT FIRESTONE BUILDING PRODUCTS COMPANY, LLC'S STIPULATION OF DISMISSAL WITHOUT PREJUDICE ITS CROSS-CLAIM AGAINST DEFENDANT/CROSS-DEFENDANT NORTH AMERICAN ROOFING SERVICES, LLC**

Before the Court is Defendant/Cross-Claimant Firestone Building Products Company, LLC n/k/a Holcim Solutions and Products US, LLC's Stipulation of Dismissal without Prejudice Its Cross-Claim Against Defendant/Cross-Defendant North American Roofing Services, LLC. [Dkt. 126]. Firestone Building Products Company, LLC requests that its cross-claim against North American Roofing Services, LLC in the above-captioned case be dismissed without prejudice.

It is therefore **ORDERED** that Defendant/Cross-Claimant Firestone Building Products Company, LLC's Stipulation of Dismissal without Prejudice Its Cross-Claim Against Defendant/Cross-Defendant North American Roofing Services, LLC [Dkt. 126] is **GRANTED** and Firestone Building Products Company, LLC's cross-claim against North American Roofing Services, LLC is hereby **DISMISSED WITHOUT PREJUDICE**, with each Party bearing its own attorney's fees and costs with respect to these claims.

**SIGNED this 2nd day of June, 2023.**

Michael J. Truncale
United States District Judge