IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TOCCOA LTD. § | |
| § | |
| v. § | |
| § | |
| NORTH AMERICAN ROOFING SERVICES, § | |
| LLC AND AMERICAN ZURICH § CIVIL ACTION NO. 1:21-CV-00313 | |
| INSURANCE COMPANY § JUDGE MICHAEL J. TRUNCALE | |
| § | |
| v. § | |
| § | |
| DAREV CONTRACTING SERVICES, LLC § | |

### ORDER GRANTING DEFENDANT AMERICAN ZURICH INSURANCE COMPANY'S MOTION FOR COSTS

Before the Court is Defendant American Zurich Insurance Company's Motion for Costs. [Dkt. 201]. Defendant Zurich filed its motion and proposed Bill of Costs on July 5, 2023. [Dkts. 201-202], Defendant is seeking an award it the sum of $18,033.69 representing fees and expenses related to this matter. Defendant Zurich has met the provisions of Local Rule CV-54(b)(2) and confirmed that the Parties met and conferred on July 3, 2023 via telephone regarding Defendant Zurich's motion and reports that discussions have conclusively ended in an impasse. The Court further notes that Plaintiff has not filed a response to Defendant Zurich's motion. Therefore, after considering Defendant Zurich's motion and proposed Bill of Costs and reviewing the pleadings on file and all applicable, the Court grants the same.

It is therefore **ORDERED** that Defendant American Zurich Insurance Company's Motion for Costs [Dkt. 201] is hereby **GRANTED**. The Clerk is **INSTRUCTED** to enter the Bill of Costs in the amount of $18,033.69 in favor in Defendant American Zurich Insurance Company.

**SIGNED this 16th day of August, 2023.**

Michael J. Truncale
United States District Judge