IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TOCCOA LTD. § | |
| § | |
| v. § | |
| § | |
| NORTH AMERICAN ROOFING § | CIVIL ACTION NO. 1:21-CV-00313 |
| SERVICES, LLC AND AMERICAN § | JUDGE MICHAEL J. TRUNCALE |
| ZURICH INSURANCE COMPANY § | |
| § | |
| v. § | |
| § | |
| DAREV CONTRACTING SERVICES, § | |
| LLC § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice. [Dkt. 205]. The Parties advise that all matters in dispute between them have been settled and they now seek a dismissal with prejudice as to any and all claims asserted by them or that could have been asserted by, through or under them against one another in this matter.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 14th day of November, 2023.

Michael J. Truncale
United States District Judge